■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWIGHT DILBERT, Appellant. [845 NYS2d 211]—Motion for writ of

error coram nobis denied. Present—Hurlbutt, J.P., Centra, Green and Pine, JJ.